## 2017 TRUCKER RATES
### Tractor Trailer Non-Route Trips and Straight Van Trips

| | DESCRIPTION | STOPS | RATE |
|---|---|---|---|
| 1 | MILEAGE FOR SINGLE TRACTOR | 1 TO 4 | 0.5032 |
| | | 5 TO 7 | 0.5191 |
| | | 8 TO 11 | 0.5385 |
| | | 12 TO 15 | 0.5450 |
| | | 16 & OVER | 0.5595 |
| 2 | MILEAGE FOR DOUBLE TRACTOR (PACIFIC COAST STATES ADD .01 PER MILE) | 1 TO 4 | 0.5515 |
| | | 5 TO 7 | 0.5674 |
| | | 8 & OVER | 0.5843 |
| 3 | MILEAGE FOR STRAIGHT VAN, PANEL, ETC. | 1 TO 4 | 0.4834 |
| | | 5 TO 7 | 0.4993 |
| | | 8 TO 11 | 0.5144 |
| | | 12 & OVER | 0.5205 |
| 4 | HOURLY RATE FOR UNLOADING AND LOADING | | 18.71 |
| 5 | EXPENSES SAME AS BEFORE WHILE CLOCKED IN | | |
| 6 | NEW BATTERIES | | |
| | FROM 1 TO 2 STOPS | | 0.0250 |
| | FROM 3 TO 4 STOPS | | 0.0350 |
| | FROM 5 TO 7 STOPS | | 0.0370 |
| | OVER 8 STOPS | | 0.0390 |
| | ACID PACKS - ONE 5 GALLON EQUALS ONE BATTERY, THREE 6 QT EQUALS ONE BATTERY | | |
| | 4D - 6D - 8D | | 0.1000 |
| | CARBOYS FILLED WITH ACID | | 0.1000 |
| 7 | JUNK ADJUSTMENT AND NEW RETURNS REGARDLESS OF # OF STOPS | | 0.0450 |
| | 4D - 6D - 8D | | 0.0830 |
| | ROUTE TRIPS | | 0.1000 |
| 9 | New industrial, 8A, 8G, ETX, ES, AVR, HR, Motorcycle batteries and full loads of lawnmower batteries will be calculated by weight, divided by 40 and paid as regular batteries. | | |
| 10 | Junk batteries that are, 8A, 8G, ETX, ES, AVR, HR, Motorcycle batteries and full loads of lawnmower junk batteries and any freight not previously defined on this document that is being returned to the East Penn location at which the truck is domiciled will be calculated by weight, divided by 40 and paid as regular junk batteries. | | |
| 11 | Reusable empty EPM #10, #6, #5 pallet and carboys, returned to East Penn will be paid $0.10 each and must be written up according to the type on the Return Goods Report. | | |
| 12 | Vacation pay rate is based on the first 50 weeks Gross Earnings, from the previous calendar year, not including vacation pay, holiday pay or bonus, divided by 50 hours per week, but not including vacation time or holiday time. | | |
| 13 | BREAKDOWN TIME: When an equipment breakdown occurs, the driver must log the amount of time spent making arrangements for repairs as On Duty - Not Driving. The driver will be paid the Breakdown Rate up to the 14th hour after having come On Duty. The next 10 hours will be unpaid. If the equipment is still broken down after 10 hours, the driver will be paid for 11 hours, then unpaid for 10 hours, continuing until the equipment is returned to service, a substitute vehicle is provided or the driver is returned to their home terminal. All breakdown time logged on the Daily Trip Report must reference a Repair Order number issued by the Garage. | | |

Uncontrolled Copy

## 2017 TT Route Trip Rate

| Pay Components: | Rate |
|---|---|
| **Mileage:** | $0.505 per mile |
| **Stops**: deliveries, pick ups, fueling, weekly truck wash and DOT inspections | $21.25 per stop |
| **Trip Pay**: covers time spent on pre- and post-trip paperwork and inspections | $18.75 per trip |
| **Junk Batteries*** | $0.10 per battery |
| **Breakdown** / Ride Along / Trainee / Yard - Hourly Pay** | $21.00 per hour |
| **Mandatory / Non-Driving Activities:** DOT Physical, Drug Test, Training, and Company Meeting | Based on 50 week average hourly rate |
| **New York City Metro Trip Pay ****  | $75 per trip |

**Expense Reimbursement:** Same as before while clocked in

***** **Junk Batteries:** 8A, 8G, ETX, ES, AVR, HR, Motorcycle batteries and full loads of lawnmower junk batteries and any freight not previously defined on this document that is being returned to the East Penn location at which the truck is domiciled will be calculated by weight, divided by 40 and paid as regular junk batteries.

****** **Breakdown Time:** When an equipment breakdown occurs, the driver must log the amount of time spent making arrangements for repairs as On Duty - Not Driving. The driver will be paid the Breakdown Rate up to the 14th hour after having come On Duty. The next 10 hours will be unpaid. If the equipment is still broken down after 10 hours, the driver will be paid for 11 hours, then unpaid for 10 hours, continuing until the equipment is returned to service, a substitute vehicle is provided or the driver is returned to their home terminal. All breakdown time logged on the Daily Trip Report must reference a Repair Order number issued by the Garage.

**Average Rate:** based on the first 50 weeks Gross Earnings, from the previous calendar year, not including vacation pay, holiday pay or bonus, divided by 50 hours per week, but not including vacation time or holiday time.

**New York City Metro Pay ****:** Any trip that has a customer pick up and/or delivery in any of the 5 boroughs (as defined by the official New York City website) or Nassau and Suffolk counties in Long Island, NY.

| Job Title | Trip Type | How to Pay? |
|---|---|---|
| TT OTR | OTR | 2017 Trucker Rate |
| | Route | 2017 TT Route Rate *OR Safety Net (Pure Ave. Hourly) |
| TT Route & Utility | OTR | 2017 Trucker Rate |
| | Route | 2017 TT Route Rate |
| SV (Route & Utility) | Route | 2017 Trucker Rate *OR Safety Net (Time & Attendance + Junks) |

* Pay will be based on whichever dollar value is greater

Uncontrolled Copy

## 2018 Straight Van Rates

| # | DESCRIPTION | STOPS | RATE |
|---|---|---|---|
| 1 | MILEAGE FOR STRAIGHT VAN, PANEL, ETC. | 1 TO 4 | 0.4994 |
|   |   | 5 TO 7 | 0.5158 |
|   |   | 8 TO 11 | 0.5314 |
|   |   | 12 & OVER | 0.5377 |
| 2 | HOURLY RATE FOR UNLOADING AND LOADING |   | 19.33 |
| 3 | EXPENSES SAME AS BEFORE WHILE CLOCKED IN |   |   |
| 4 | **NEW BATTERIES** |   |   |
|   | FROM 1 TO 2 STOPS |   | 0.0250 |
|   | FROM 3 TO 4 STOPS |   | 0.0350 |
|   | FROM 5 TO 7 STOPS |   | 0.0370 |
|   | OVER 8 STOPS |   | 0.0390 |
|   | ACID PACKS - ONE 5 GALLON EQUALS ONE BATTERY, THREE 6 QT EQUALS ONE BATTERY |   |   |
|   | 4D - 6D - 8D |   | 0.1000 |
|   | CARBOYS FILLED WITH ACID |   | 0.1000 |
| 5 | JUNK ADJUSTMENT AND NEW RETURNS REGARDLESS OF # OF STOPS |   | 0.0450 |
|   | 4D - 6D - 8D |   | 0.0830 |
|   | ROUTE TRIPS |   | 0.1000 |
|   | *** **NEW YORK CITY METRO PAY** *** |   | 40.00 |
| 6 | New industrial, 8A, 8G, ETX, ES, AVR, HR, Motorcycle batteries and full loads of lawnmower batteries will be calculated by weight, divided by 40 and paid as regular batteries. |   |   |
| 7 | Junk batteries that are, 8A, 8G, ETX, ES, AVR, HR, Motorcycle batteries and full loads of lawnmower junk batteries and any freight not previously defined on this document that is being returned to the East Penn location at which the truck is domiciled will be calculated by weight, divided by 40 and paid as regular junk batteries. |   |   |
| 8 | Reusable empty EPM #10, #6, #5 pallet and carboys, returned to East Penn will be paid $0.10 each and must be written up according to the type on the Return Goods Report. |   |   |
| 9 | Average rate is based on the first 50 weeks Gross Earnings, from the previous calendar year, not including vacation pay, holiday pay or bonus, divided by 50 hours per week, but not including vacation time or holiday time. |   |   |
| 10 | **BREAKDOWN TIME:** When an equipment breakdown occurs, the driver must log the amount of time spent making arrangements for repairs as On Duty - Not Driving. The driver will be paid the Breakdown Rate up to the 14th hour after having come On Duty. The next 10 hours will be unpaid. If the equipment is still broken down after 10 hours, the driver will be paid for 11 hours, then unpaid for 10 hours, continuing until the equipment is returned to service, a substitute vehicle is provided or the driver is returned to their home terminal. All breakdown time logged on the Daily Trip Report must reference a Repair Order number issued by the Garage. |   |   |
| 11 | New York City Metro Pay ***: Any trip that has a customer pick up and/or delivery in any of the 5 boroughs (as defined by the official New York City website) or Nassau and Suffolk counties in Long Island, NY. |   |   |

Revised Date: 4/9/2018

Uncontrolled Copy

Effective Date: 1/21/2018

## 2018 Tractor Trailer Rates

| Pay Components: | OTR Trip | Route Trip |
|---|---|---|
| **Mileage:** | $0.530 per mile | $0.530 per mile |
| **Stops:** deliveries, pick ups, fueling, weekly truck wash and DOT inspections | $21.75 per stop | $21.75 per stop |
| **Trip Pay:** covers time spent on pre- and post-trip paperwork and inspections | $19.25 per trip | $19.25 per trip |
| **Junk Batteries** | $0.045 per battery | $0.10 per battery |
| **Breakdown* / Ride Along / Trainee / Yard / Excessive Detention** - Hourly Pay | $21.50 per hour | $21.50 per hour |
| **Mandatory / Non-Driving Activities:** DOT Physical, Drug Test, Training and Company Meeting | Average Rate | Average Rate |
| **New York City Metro Trip Pay *** | $75.00 per trip | $75.00 per trip |

**Expense Reimbursement:** Same as before while clocked in.

Loads returning to your East Penn domicile location or designated recycling facility: Automotive batteries paid per battery. Industrial batteries, 8A, 8G, ETX, ES, AVR, HR, Motorcycle batteries, full loads of lawnmower batteries, full loads of empty pallets and any other freight not previously described in this definition, will be calculated by weight, divided by 40 and paid as **regular junk batteries.**

***** Breakdown Time:** When an equipment breakdown occurs, the driver must log the amount of time spent making arrangements for repairs as On Duty - Not Driving. The driver will be paid the Breakdown Rate up to the 14th hour after having come On Duty. The next 10 hours will be unpaid. If the equipment is still broken down after 10 hours, the driver will be paid for 11 hours, then unpaid for 10 hours, continuing until the equipment is returned to service, a substitute vehicle is provided or the driver is returned to their home terminal. All breakdown time logged on the Daily Trip Report must reference a Repair Order number issued by the Garage.

****** Excessive Detention:** Time detained at any dispatched stop that exceeds a period of 4 hours. Excessive Detention time will be calculated from your arrival time, no more than 1 hour before an appointment, and continues until the stop is complete. Detention time will not be counted prior to stop being open for receiving or pick-up. Any Excessive Detention time logged on the Daily Trip report, must be approved by dispatch prior to the 4th hour.

**Average Rate:** based on the first 50 weeks Gross Earnings, from the previous calendar year, not including vacation pay, holiday pay or bonus, divided by 50 hours per week, but not including vacation time or holiday time.

******* New York City Metro Pay:** Any trip that has a customer pick up and/or delivery in any of the 5 boroughs (as defined by the official New York City website) or Nassau and Suffolk counties in Long Island, NY.

Revised Date: 4/9/2018

## 2018 Straight Van Rates

| # | DESCRIPTION | STOPS | RATE |
|---|---|---|---|
| 1 | MILEAGE FOR STRAIGHT VAN, PANEL, ETC. | 1 TO 4 | 0.4994 |
| | | 5 TO 7 | 0.5158 |
| | | 8 TO 11 | 0.5314 |
| | | 12 & OVER | 0.5377 |
| 2 | HOURLY RATE FOR UNLOADING AND LOADING | | 19.33 |
| 3 | EXPENSES SAME AS BEFORE WHILE CLOCKED IN | | |
| 4 | NEW BATTERIES | | |
| | FROM 1 TO 2 STOPS | | 0.0250 |
| | FROM 3 TO 4 STOPS | | 0.0350 |
| | FROM 5 TO 7 STOPS | | 0.0370 |
| | OVER 8 STOPS | | 0.0390 |
| | ACID PACKS - ONE 5 GALLON EQUALS ONE BATTERY, THREE 6 QT EQUALS ONE BATTERY | | |
| | 4D - 6D - 8D | | 0.1000 |
| | CARBOYS FILLED WITH ACID | | 0.1000 |
| 5 | JUNK ADJUSTMENT AND NEW RETURNS REGARDLESS OF # OF STOPS | | 0.0450 |
| | 4D - 6D - 8D | | 0.0830 |
| | ROUTE TRIPS | | 0.1000 |
| | *** NEW YORK CITY METRO PAY *** | | 40.00 |

| # | |
|---|---|
| 6 | New industrial, 8A, 8G, ETX, ES, AVR, HR, Motorcycle batteries and full loads of lawnmower batteries will be calculated by weight, divided by 40 and paid as regular batteries. |
| 7 | Junk batteries that are, 8A, 8G, ETX, ES, AVR, HR, Motorcycle batteries and full loads of lawnmower junk batteries and any freight not previously defined on this document that is being returned to the East Penn location at which the truck is domiciled will be calculated by weight, divided by 40 and paid as regular junk batteries. |
| 8 | Reusable empty EPM #10, #6, #5 pallet and carboys, returned to East Penn will be paid $0.10 each and must be written up according to the type on the Return Goods Report. |
| 9 | Average rate is based on the first 50 weeks Gross Earnings, from the previous calendar year, not including vacation pay, holiday pay or bonus, divided by 50 hours per week, but not including vacation time or holiday time. |
| 10 | BREAKDOWN TIME: When an equipment breakdown occurs, the driver must log the amount of time spent making arrangements for repairs as On Duty - Not Driving. The driver will be paid the Breakdown Rate up to the 14th hour after having come On Duty. The next 10 hours will be unpaid. If the equipment is still broken down after 10 hours, the driver will be paid for 11 hours, then unpaid for 10 hours, continuing until the equipment is returned to service, a substitute vehicle is provided or the driver is returned to their home terminal. All breakdown time logged on the Daily Trip Report must reference a Repair Order number issued by the Garage. |
| 11 | New York City Metro Pay ***: Any trip that has a customer pick up and/or delivery in any of the 5 boroughs (as defined by the official New York City website) or Nassau and Suffolk counties in Long Island, NY. |

Uncontrolled Copy

Effective Date: 1/21/2018

## 2018 Tractor Trailer Rates

| Pay Components: | OTR Trip | Route Trip |
|---|---|---|
| **Mileage:** | $0.530 per mile | $0.530 per mile |
| **Stops:** deliveries, pick ups, fueling, weekly truck wash and DOT inspections | $21.75 per stop | $21.75 per stop |
| **Trip Pay:** covers time spent on pre- and post-trip paperwork and inspections | $19.25 per trip | $19.25 per trip |
| Junk Batteries* | $0.045 per battery | $0.10 per battery |
| Junk Batteries*  4D - 6D - 8D | $0.083 per battery | |
| **Breakdown** / Ride Along / Trainee / Yard - Hourly Pay | $21.50 per hour | $21.50 per hour |
| **Mandatory / Non-Driving Activities:** DOT Physical, Drug Test, Training, and Company Meeting | Average Rate | Average Rate |
| **New York City Metro Trip Pay \*\*\*** | $75.00 per trip | $75.00 per trip |

**Expense Reimbursement:** Same as before while clocked in

**\* Junk Batteries:** 8A, 8G, ETX, ES, AVR, HR, Motorcycle batteries and full loads of lawnmower junk batteries and any freight not previously defined on this document that is being returned to the East Penn location at which the truck is domiciled will be calculated by weight, divided by 40 and paid as regular junk batteries.

**\*\* Breakdown Time:** When an equipment breakdown occurs, the driver must log the amount of time spent making arrangements for repairs as On Duty - Not Driving. The driver will be paid the Breakdown Rate up to the 14th hour after having come On Duty. The next 10 hours will be unpaid. If the equipment is still broken down after 10 hours, the driver will be paid for 11 hours, then unpaid for 10 hours, continuing until the equipment is returned to service, a substitute vehicle is provided or the driver is returned to their home terminal. All breakdown time logged on the Daily Trip Report must reference a Repair Order number issued by the Garage.

**Average Rate:** based on the first 50 weeks Gross Earnings, from the previous calendar year, not including vacation pay, holiday pay or bonus, divided by 50 hours per week, but not including vacation time or holiday time.

**New York City Metro Pay \*\*\*:** Any trip that has a customer pick up and/or delivery in any of the 5 boroughs (as defined by the official New York City website) or Nassau and Suffolk counties in Long Island, NY.

# 2019 Driver Rates

**EFFECTIVE:** 01/20/2019

| Pay Components: | TT OTR Trip | TT Route Trip | Straight Van Trip |
|---|---|---|---|
| MILEAGE | $ 0.5406 per mile | $ 0.5406 per mile | $ 0.5350 per mile |
| STOPS: Deliveries, pick ups, fueling, weekly truck wash and DOT inspections | $ 22.19 per stop | $ 22.19 per stop | $ 11.75 per stop |
| TRIP PAY | $ 19.64 per trip | $ 19.64 per trip | $ 15.00 per trip |
| STRAIGHT VAN APPROVED MULTI-DAY TRIP PAY: Drivers receiving this component, do not receive the above trip pay. | | | $ 55.00 per trip |
| JUNK BATTERIES | $ 0.045 per battery | $ 0.100 per battery | $ 0.100 per battery |
| BREAKDOWN (1) / RIDE ALONG / TRAINEE / YARD / EXCESSIVE DETENTION (2) - HOURLY PAY | $ 22.00 per hour | $ 22.00 per hour | $ 22.00 per hour |
| NEW YORK CITY METRO TRIP PAY (3) | $ 75.00 per trip | $ 75.00 per trip | $ 60.00 per trip |
| MANDATORY / NON DRIVING ACTIVITIES: DOT Physical, Drug Test, Training, and Company Meeting | average rate(4) | average rate(4) | average rate(4) |
| EXPENSE REIMBURSEMENT: Reference the 'Driver's Cash Expense Guidelines' | | | |
| Loads returning to your East Penn domicile location or designated recycling facility: Automotive batteries paid per battery. Industrial batteries, 8A, 8G, ETX, ES, AVR, HR, Motorcycle batteries, full loads of lawnmower batteries, full loads of empty pallets and any other freight not previously described in this definition will be calculated by weight, divided by 40 and paid as regular junk batteries. | | | |

(1) BREAKDOWN TIME
When an equipment breakdown occurs, the driver must log the amount of time spent making arrangements for repairs as "on duty not driving". The driver wiill be paid the breakdown rate up to the 14th hour after having come on duty. The next 10 hours, continuing until the equipment is returned to service, a substitute vehicle is provided or the driver is returned to their home terminal. All breakdown time logged on the daily trip report must reference a repair order number issued by the garage.

(2) EXCESSIVE DETENTION
Time detained at any dispatched stop that exceeds a period of 4 hours. Excessive detention time will be calculated from your arrival time, no more than 1 hour before an appointment, and continues until the stop is complete. Detention time will not be counted prior to stop being open for receiving or pick-up. Any excessive detention time logged on the daily trip report, must be approved by dispatch prior to the 4th hour.

(3) NEW YORK CITY METRO PAY
Any trip that has a customer pick up and/or delivery in any of the 5 boroughs (as defined by the official New York City website) or Nassau and Suffolk counties in Long Island, NY.

(4) AVERAGE RATE:
based on the first 50 weeks gross earmings, from the previous calendar year, not including vacation pay, holiday pay or bonus, divided by 50 hours per week, but not including vacation time or holiday time.