# East Penn Manufacturing Driver Code of Conduct

## POLICY STATEMENT:

Rules and regulations are essential to the efficient orderly and safe operation of the company's private carriers operations. They are supplemental to the existing Company Code of Conduct and published to promote understanding of what is considered unacceptable conduct and encourage action in the event of violations.

The Driver Code of Conduct has been divided into three (3) groups, Namely Group I, Group II, and Group III. A combination violation of any two (2) of any rules in Group II or a combination violation of any three (3) of the following rules and regulations in Group I and Group II shall be just cause for termination of service; however a single violation of any rule in Group I and Group II which does not recur within one (1) year from the date of infraction of the rule will be removed from the personnel records and not be considered for disciplinary purposes.

## Group I:

     1st offense:   Written Reprimand
     2nd offense:  Written Reprimand and immediate suspension for three (3) days without pay.
     3rd offense:   Termination of employment

1. All chargeable accidents, which are determined by management to be preventable by the driver, subject to accident review committee approval. The total costs for the incident must exceed $1,500.00.

2. Failure to deliver the first stop if it can be done legally within the ten (10) hours. Exceptions to this rule would have to be approved by dispatch.

3. Conviction of two (2) moving traffic violations within a 365-day period. Subsequent violations within the 365-day period will be treated as Group I violations. Rule number 3 does not apply to serious traffic violations.

4. Conviction of one (1) serious traffic violation as defined in part 383.5 (a) (b) (c) (d) (e) of the Federal Motor Carrier Safety regulations.

5. Habitual failure to report mechanically defective equipment on the work repair order at the garage. (3 times in a 6 month period.)

6. Habitual failure to properly complete reports and trip sheets and hand them in to the proper persons or place. (3 times in a 6 month period.)

7. Habitual failure to hand in up-to-date logs. (Three (3) times in six (6) month period.) Logs should be handed in at the end of each trip, but no later than Monday of the following week.

8. Truck weight shall not exceed the legally licensed gross weight of the vehicle.

9. Violation of any federal, state or local laws pertaining to safety rules and hazardous material procedures, (other than moving traffic violations and log infractions) (3 times in a 6 month period of time)

10. Violation of the 11, 14, or 70-hour rule as defined in part 395.3 of the federal motor carrier safety regulations (3 times in a 6-month period of time.)

11. Failure to drive a reasonable route.

12. Failure to call into dispatch from destination. (Destination is defined as farthest stop from home terminal.) Drivers reaching their final destination after dispatch hours of operation need to call in prior to dispatch going home. The call in should take place between 4:00 PM and 5:00 PM.

13. Incorrect log entries of more than thirty (30) minutes but not more than two (2) hours. (3 times within a 365 day period.)

### Group II

1st Offense: Written Reprimand and immediate suspension for three (3) days without pay.
2nd Offense: Termination of Employment.

14. Being discourteous to customers.

15. Not completing list of traffic violations on annual motor vehicle driver certifications of violations.

16. Incorrect log entries of more than two (2) hours.

17. Failure to report an accident immediately or as soon as feasible to management.

### Group III

1st Offense: Termination of employment.

18. Stealing property of the company, customers or employees.

19. Unauthorized use of equipment.

20. Willful damage or gross neglect resulting in damage to equipment.

21. Unauthorized carrying of passengers.

22. Refusing to drive without just cause.

### Record of Revisions

| Revision # | Revision Date | Description |
| --- | --- | --- |
| 2 | 11-10-11 | Change Number 1480 updated header and footer information |