UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| RUSSELL DORVIT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EAST PENN MANUFACTURING )<br>COMPANY, INC., )<br>)<br>Defendant. )<br>) | Case No. 1:21-cv-229 |

## ORDER

This matter is before the Court on the parties' Joint Rule 26(f) Report [Doc. #11]. The Court has reviewed the Joint Report and approves it as submitted.

IT IS THEREFORE ORDERED that the parties' Joint Rule 26(f) Report [Doc. #11] is approved as submitted.

This, the 8th day of July, 2021.

                                              /s/ Joi Elizabeth Peake
                                             United States Magistrate Judge