1   A.   No.
2   Q.   So it's your testimony here today that nobody
3   at any time at ToyotaLift told you that you should
4   rack the batteries, is that right?
5   A.   That's right.
6   Q.   Nobody employed with ToyotaLift?
7   A.   Nobody.
8   Q.   At any point in time, did anybody with East
9   Penn tell you that you should rack the batteries?
10  A.   That day.
11  Q.   Which day?
12  A.   The day I was just telling you that I was
13  making my last -- my last stop.  I was leaving and
14  Zach Christie messaged me and said that when I got to
15  ToyotaLift to put the batteries on the rack.
16  Q.   Okay.  And what did you tell him?
17  A.   And I told him I had already left there and
18  that we didn't put the batteries on the rack there,
19  and he said that -- he asked me if I ever did, and I
20  said that we had years earlier, but we hadn't in a
21  long time and I had it worked out with them.
22          And then he said, "Moving forward, we need to
23  put them on the rack."
24          I think that was the last text I sent him,
25  and then I was back to the shop, and I went and he

**Legal Reporting Services  (336) 884-1315**

said that they wanted them on the rack. And I said, "Well, they need to move the rack away from the wall so I don't have to get on my hands and knees to put these batteries on." I said, "The rack is made to load from the back so that you can just slide the batteries forward."

He said that he would discuss it with them, and I said -- and I told him -- I said, "I don't get paid enough to get on my hands and knees and reach up under this rack and pull these batteries out and stuff the new ones all back up in there," and that I wasn't going to do it. And I said, "So you need to get the rack pulled out away from the wall."

Q. So you refused to do what you had been asked to by your superior, is that correct?

A. I told him I wouldn't get on my hands and knees to pull them batteries out, and he said that he was going to see if he could get the rack pulled out. He would check into it.

Q. And the reason you gave him for that, was like you just said a moment ago, is because you didn't get paid enough to do that, correct?

A. I said I didn't get paid enough to get on my hands and knees and crawl around on their floor to pull those batteries out.

wrapped and knew how many they had and what they were, I would go back in and ask them for a signature for the batteries and the -- and the junks.

But I never left a pallet there. I never left a pallet with batteries on it, and at no time did they ever -- I thought I was doing exactly what they wanted. They told me to leave the batteries by the rack. They never at any time told me to put the batteries on the rack.

Q. It says here that "The assumption from them was that once the driver was better, he would begin placing the batteries on the rack. The driver never mentioned an injury to us, and as far as I know, the Medical Department was never involved either. The customer is a good customer of ours and do order on a consistent basis."

So you never -- I just want to make it clear. You never reported any workplace injury of any kind to East Penn, correct?

A. I reported my knee injury when I got hired -- my knee surgery.

Q. Right. And you were not given any rating or any inability to perform any job function, correct?

A. Right. But if you get on your hands and knees on a concrete, dirty floor and crawl around on

1　your knees, it hurts.  And that's what -- I said,
2　"Crawling around on this -- trying to get these out of
3　this bottom rack --" I said, "Can you just pull it
4　away from the---"
5　　　　　And they said, "You don't need to put them on
6　the rack.  Just stack them right here by it," and
7　that's what I did.  Every week -- every time I
8　delivered, I stacked them right where they asked me
9　to, and they had never, not once, ever said, "Hey, we
10　need them -- we need them on that rack."
11　　　　　If they had, I would have tried to address
12　them on moving the rack so it made it way easier, but
13　they never asked.  They never -- I never really -- I
14　would set the batteries in.  I'd go get the junk
15　batteries.  I'd come back out.  I'd go in and get a
16　couple of signatures and leave.  It wasn't---
17　　　Q.  Were you always in a hurry when you were
18　there?
19　　　A.  I don't think I was ever in a hurry.  It
20　was -- I was -- I didn't rush through anything.  I
21　always made sure I put them where they wanted.  I
22　picked up the junks.  You had to count the junks,
23　figure out which ones were which.  I always had
24　everything wrote up.
25　　　Q.  Did you ever go to people at Atlantic Coast