From: Zach Christie (ZChristie@dekabatteries.com)
Sent: Wednesday, May 29, 2019 3:18:00 PM
To:   Bruce Delgarbino (bdelgarbino@dekabatteries.com)
(bdelgarbino@dekabatteries.com)
Cc:
Bcc:
Subject:   FW: Russ Dorvit
Attachments:   IMG_0642.jpg- IMG_0643.jpg- IMG_0644.jpg- Job
Description.pdf


-----Original Message-----
From: Zach Christie [mailto:ZChristie@dekabatteries.com]
Sent: Thursday, May 23, 2019 5:17 PM
To: Mike Rasool (MRasool@dekabatteries.com)
Cc: Alison Snyder (AlisonS@dekabatteries.com); Scott Forbes
(sforbes2@dekabatteries.com); Frank Cline; Bruce Delgarbino
(bdelgarbino@dekabatteries.com)
Subject: Russ Dorvit
Importance: High

Good afternoon Mike,

I wanted to reach out regarding Russ Dorvit.  Yesterday, we had a customer (Atlantic Coast Toyotalift) that used to get their batteries placed on a rack.  They let us know that this has not been happening recently, and that the driver just drops the pallet and leaves.  The racking is easily accessible and does not appear to be a safety hazard.  Once this information was provided to me, I engaged Russ Dorvit, who is their driver.  When he was confronted with this, Russ stated that he refused to place the batteries on the rack.  His exact words were "I don't make enough to put the batteries on the rack." He also stated that "he is not going to bend over and pull batteries off the bottom of the rack." Lastly, Russ also said that he talked with the customer a few months back, and they told him that they would place the batteries on the rack, that he didn't have to.  I went earlier today and visited with the customer at their location.  I also snapped a couple of pictures to show the racking system, which I have attached for reference.  According to the customer, they did tell him that they would handle the batteries themselves, a few months back, but only because the driver said he had a hurt knee.  The assumption from them was that once the driver was better, he would begin placing the batteries back on the rack.  The driver never mentioned an injury to us, and as far as I know, the medical department was never involved either.  The customer referenced is a good customer of ours, and do order on a consistent basis.  Their last order was for 8-535MF's and 2-524MF's, so these were not extremely heavy batteries.

I did want to confirm what the way forward should be.  I do know that the job description states that drivers may be required to place batteries at the customer site, according to their instruction, so not sure if this would factor in at all.  If possible, please confirm at your earliest convenience.



EPM 0001426

Best regards,

Zachary D. Christie
Warehouse Manager

East Penn Manufacturing Co.
3117 Starlight Dr, Ste 100 Winston-Salem, NC 27107 Ph. 336.771.9197 Ext:39
Fax. 336.771.9952 Zchristie@dekabatteries.com http://www.dekabatteries.com

EPM 0001427