**From:** Zach Christie <ZChristie@dekabatteries.com>
**Sent:** Thursday, May 30, 2019 3:07 PM
**To:** Alison Snyder (AlisonS@dekabatteries.com)
**Cc:** Bruce Delgarbino (bdelgarbino@dekabatteries.com); Frank Cline; Scott Forbes (sforbes2 @dekabatteries.com)
**Subject:** Russ Dorvit
**Attachments:** IMG_0681.jpg; IMG_0682.jpg; IMG_0683.jpg; IMG_0684.jpg; IMG_0685.jpg; IMG_ 0686.jpg; IMG_0687.jpg; IMG_0688.jpg; Dorvit.pdf

Good afternoon Alison,

Below is my detailed letter of the Russ Dorvit incident. I also included some text messages, of prior instances, to illustrate the insubordinate behavior.

Back on 05/22, at approximately 9:45am, Chris Kines (TSR) reached out to me regarding Atlantic Coast Toyota Lift. He had just visited the customer and expressed some concerns regarding their service. The primary concern was the fact that the driver, Russ Dorvit, was not placing their batteries on the rack. Chris stated that the batteries slide easily on the rack, and that it is easily accessible. He also stated that the driver can pull right up to the dock, which is only a few feet away. In addition to the aforementioned, there was also a concern about the drivers attitude when he makes deliveries. The customer had told Chris that the driver seems frustrated when there and always seems to be in a hurry. During our conversation, Chris suggested that I ride over and check out the customer location. Once I had the details, I engaged Russ about the issue. He said that they have not placed the batteries on the rack in years, and that the customer agreed to this some time back. Following this, Russ said that he was not going to place the batteries on the rack, that he refused to do so. There was no having a civilized conversation about the issue. He also stated that he did not make enough to put the batteries on the rack. I told him that Chris (TSR) was there and that it did not pose any risks. His response was that "Chris doesn't do a d\*\*n thing." Following this, Russ said "I have to go" and quickly left, before I could even respond. I let him know, before he got all the way out, that I would be following up.

The following day, 05/23, Chris and I rode over to ACT. I spoke with Justin, at the location, and he expressed the same concerns that were communicated to me the previous day. He said that the driver just leaves the batteries right in front of the rack, and that they always have to put them up. Justin also stated that the driver had previously said that he had a knee issue, and that they didn't mind putting the batteries on the rack, but assumed that the service would continue once it was better. Interestingly enough, this had never been mentioned to management or the medical department. Lastly, Justin did mention the drivers attitude, as described earlier. He said that Russ comes in, drops the batteries, and brings the paperwork over, placing it in their face to sign. He said that they are typically busy, so it can be a little bit of an inconvenience. After speaking with Justin, I apologized for the drivers attitude. He was ok and was reluctant to get anyone in trouble. He does, however, want the batteries placed on the rack moving forward. I did take some pictures of the rack, and also observed that the battery area is easily accessible. There is plenty of space in front of the rack, and nothing obstructing the area. The floor was also very clean. In my opinion, this is the ideal delivery area. They typically get orders bi-weekly, and the batteries ordered are 535MF's and 524MF's. Russ does claim that this is a safety issue, however, the customer has been placing the batteries on the rack. In addition, they also take the batteries off. There customer never once mentioned that they saw this as a safety issue. The job description also covers any kneeling, bending, twisting, etc. and states that these movements are constant. It also states that a driver "may be required to place deliveries at the delivery site according to the customer instructions, including rotation of stock." To me, any refusal of this is a direct violation of the company code of conduct.

Lastly, I did want to include the attached documentation and screen shots of texts. The UPS and IPP incidents, referenced in the documentation, have improved. However, it has still been manifested in other ways. The attitude,

1

disrespect, and insubordinate behavior, towards myself and Bruce, has been ongoing for some time. We have given Russ plenty of opportunities, but this continues to be a major issue. I hate that it has come to this point, but Russ does not exemplify the East Penn culture, nor is he willing to do so.

Best regards,

Zachary D. Christie
Warehouse Manager

East Penn Manufacturing Co.
3117 Starlight Dr, Ste 100 Winston-Salem, NC 27107 Ph. 336.771.9197 Ext:39  Fax. 336.771.9952
Zchristie@dekabatteries.com http://www.dekabatteries.com

Sent from my iPhone

EPM 0000343