

EPM 0003618

