East Penn Manufacturing Co.
3117 Starlight Drive--Suite 100
Winston-Salem, NC    27107
Ph. 336.771.9197  Fax. 336.771.9952
Cell. 336.847.9501
bdelgarbino@dekabatteries.com
http://www.dekabatteries.com


-----Original Message-----
From: Chris Kines [mailto:ckines@dekabatteries.com]
Sent: Thursday, May 30, 2019 10:39 AM
To: Bruce Delgarbino
Subject: Atlantic Coast Toyotalift

Hi Bruce,

Please see following history of Atlantic Coast Toyotalift:

Atlantic Coast Toyotalift has been a customer of EPMs for over 20 years as
they were Ken Kiser's account before I became their TSR in 2000.  EPM
route salesmen and drivers have been placing batteries on the rack until
recently.  A guesstimate of 5-6 months. This is a service ACT would like
EPM to continue to provide for them.  On May 22, I delivered some post
protectors to ACT because they added this on their order too late to make
it on the scheduled truck.  When I delivered the post protectors, Justin
the parts manager, asked if the driver could put the batteries on the rack
again.  I called and asked Zack Christie to contact the driver to place
the batteries on the rack when he makes the delivery later that day.
While I was there, I slid the batteries to one side of the rack to create
space for the driver to place and slide batteries in place for FIFO with
hope to make it easier and to save time for the driver.  The batteries
slide very easy and with little effort on the rack.  This is a very
similar rack that TSRs encounter at Sam's Club and Walmart during their
quarterly visits.  TSRs have to rearrange the batteries according to FIFO
which requires them to slide and reorganize the rack. The batteries slide
with little effort on these racks just as they do on the rack at ACT.
This ACT order consisted of 10 batteries being 8 — 535MF and 2 — 524MF.
Most orders are 6-8 batteries and only consist of these 2 part numbers.  I
was notified at the end of the day the driver did not place the batteries
on the rack.  Zack and I met with Justin (parts manger at ACT) the next
morning concerning this service as well as inspecting the rack, space for
delivery and difficulty of placing batteries on the rack.  This particular
rack is against the wall and cannot be loaded from the back but batteries
slide very easily on this rack with very little effort.  Zack took
pictures of the rack and it is in great shape.  I showed Zack how easy the
batteries slide on the rack for FIFO.  The driver is able to use a dock to
move the pallet of batteries with the electric pallet jack into the
facility.  There is also enough space to move the pallet with the pallet
jack from the dock to the front of the rack, which Justin said the driver
currently does.  There are no obstacles in front of the rack to lift over.
The driver can pick the batteries up from the pallet and place the
batteries directly on the rack.  The 535MF and 524MF location is on the

second level from the bottom of the rack so the batteries have to lifted approximately 1 foot from the pallet to the shelf of the rack. As stated previously, I slid the batteries to one side so the driver could place the batteries on the rack without having to move anything and slide the new ones behind the older ones for FIFO. This particular delivery the driver placed the batteries on the floor. In a separate instance, I took all of the older batteries off of the rack and placed on the floor so the driver didn't have anything obstructions and could slide all of the newer batteries to the back of the rack and place the older batteries in front. The driver did not place the batteries on the rack on this instance either. I do not remember when this instance occurred. Justin nor I want to get anyone in trouble but Justin would like EPM to provide this service again as they are very busy when the driver makes a delivery. When I call on Justin, he is busy and doesn't have a lot of time to talk.

Best Regards,

Chris Kines
Territory Sales Rep.
East Penn Mfg. Co., Inc.
336.491.1295
ckines@dekabatteries.com


Sent from my iPad

EPM 0003672