# Placeholder

**File Name:** IMG_0417
**Original File Size:** 7,112,251 Bytes

EPM 0003636