UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

**\* AMENDED MASTER TRIAL CALENDAR**

HONORABLE THOMAS D. SCHROEDER, CHIEF UNITED STATES DISTRICT JUDGE
HONORABLE LORETTA C. BIGGS, UNITED STATES DISRICT JUDGE
HONORABLE L. PATRICK AULD, UNITED STATES MAGISTRATE JUDGE

**JANUARY 9, 2023**
9:30 a.m.

NOTICE TO COUNSEL

Said term will begin on January 9, 2023. **The court is monitoring the COVID-19 outbreak and may issue subsequent orders affecting the January Master Calendar. Counsel will be notified of a date certain for trial closer to the start of the term. Counsel in all cases shall be prepared to appear at any time during the Master Calendar term when notified to do so by the Court. Counsel will be notified of a date certain for trial closer to the start of the term.** Any case in which a jury is selected shall be prepared to commence on 24-hour notice.

For the purposes of compliance with Fed.R.Civ.P.26(a)(3) regarding final pretrial disclosure, including the time requirements set out therein, all cases listed below should consider the first date of the Master Calendar as their trial date. **Unless the court orders otherwise, pretrial disclosures must be made no later than December 9, 2022. Motions in limine must be filed no later than December 16, 2022. Any objections to pretrial disclosures and responses to motions in limine must be served and promptly filed no later than December 23, 2022.**

A settlement conference in each case will ordinarily be set approximately two weeks before commencement of the Master Calendar term. Counsel are directed to bring their clients and representatives from the corporations to the settlement conference.

Jury selection for **Chief Judge Thomas D. Schroeder,** will take place in **Courtroom No. 1, N. 251 Main Street, Winston Salem, NC.** Jury Selection for **Judge Loretta C. Biggs,** will take place in **Courtroom No. 4, N. 251 Main Street, Winston Salem, NC**. Counsel shall remain in contact with the Clerk's Office as to the position of their case(s) on the trial list.

If you are contemplating using either the District Court's or your own Digital Evidence Presentation System, please visit the Court Technology section at our website, www.ncmd.uscourts.gov. If counsel choose to use their own system, they are to contact opposing counsel and the **Judge's Case Manager** at least one week prior to commencement of the trial.

As cases are resolved, counsel may be required to appear before a **_different_** judge for jury selection and/or trial. The tentative trial judge is listed in parenthesis beside each case.

*1:19CV01126          KATHERINE GUILL. v. BRADLEY R.          (Schroeder)
                      ALLEN, SR., ET AL.
                      **NON-JURY: CIVIL RIGHTS ACT**
                      Plaintiff:     Daniel K. Siegel
                                     Trisha Trigilio
                                     Ann C. Webb
                                     Brandon Busky
                                     Carson White
                                     Eric I. Halperin
                                     Jeffrey D. Stein
                                     Katherine Hubbard
                                     Twyla J. Carter
                      Defendant:     Joseph Finarelli
                                     James Stevens
                                     Patrick Flanagan
                      ETT:           5 days


1:18CV00786           JAMES C. MCNEILL v. MONICA BOND          (Biggs)
                      **JURY: PRISONER CIVIL RIGHTS**
                      Plaintiff:     James C. McNeill (Pro Se)
                      Defendant:     Bryan C. Nichols
                                     James B. Trachtman
                      ETT:           ?


1:20CV01078           REGINALD D. CLINTON v. SGT. SLAGLE, ET AL   (Schroeder)
                      **JURY: PRISONER CIVIL RIGHT**
                      Plaintiff:     Reginald D. Clinton (Pro Se)
                      Defendant:     James B. Trachtman
                      ETT:           2-3 days


1:21CV00033           BRUNO SANZI v. XPO LOGISTICS, INC.          (Biggs)
                      **JURY: EMPLOYMENT DISCRIMNATION**
                      Plaintiff:     Angela N. Gray
                                     Jamie S. Franklin
                      Defendant:     David C. Wright, III
                                     Julian H. Wright, Jr.
                                     Douglas M. Jarrell
                      ETT:           2-4 days

| | | |
|---|---|---|
| 1:21CV00963 | SARAH BRADDY v. OLLIE'S BARGAIN OUTLET | (Schroeder) |

**JURY: DIVERSITY – NOTICE OF REMOVAL**

Plaintiff:    Matthew J. Millisor
Defendant:   Christopher A. Page
                    Matthew C. Burke
ETT:          2-3 days

| | | |
|---|---|---|
| 1:20CV00098 | LAURA M. WALLS v. FORD MOTOR COMPANY ET AL. | (Biggs) |

**JURY: DIVERSITY -ASBESTOS LITIGATION**

Plaintiff:    Benjamin D. Braly
                    Charles W. Branham, III
                    Jessica M. Dean
                    Jonathan A. George
                    Kevin W. Paul
                    William M. Graham
Defendant:   Addie K.S. Ries
                    Christopher R. Kiger
                    John R. Henderson
                    Kirk G. Warner
                    Samuel L. Tarry, Jr.
                    Shepherd D. Wainger
                    Claire C. Weglarz
                    Douglas A. Rubel
                    Erin E. Shofner
                    Amy C. Drayton
                    David L. Levy
                    Gerald A. Stein, II
                    Lisa Orberg
                    Ross J. Bromberger
                    Tracy E. Tomlin
                    William M. Starr
                    Gregory W. Rouse, II
                    Timothy W. Bouch
                    Raymond H. Modesitt
                    Yancey McLeod, III
                    Eric T. Hawkins
                    Christine L. Hawkins
                    Christopher J. Derrenbacher
                    Eric G. Sauls
                    Charles S. Anderson
                    Stephen M. Carpriotti, Jr

.
Timothy McGowan
Bartek R. Rejch
ETT:            10-15 days

1:19CV00352      ORLANDER .R RICHARSON v. SGT. TAYLOR        (Schroeder)
                 ET AL.
                 **JURY: PRISIONER CIVIL RIGHT**
                 Plaintiff:    Orlander R. Richardson (Pro Se)
                 Defendant:    Patrick H. Flanagan
                 ETT:          ?

1:19CV00661      AUTUMN DAVIS v. UNIVERSITY OF NORTH          (Biggs)
                 AT GREENSBORO, ET AL.
                 **JURY:  FED. QUESTION: CIVIL RIGHTS VIOLATIONS**
                 Plaintiff:    Heather M. Helmendach
                               Nicholas J. Sanservino
                 Defendant:    Joseph Finarelli
                               Kari R. Johnson
                               Laura E. Dean
                               Michael J. Crook
                               Stacy K. Wood
                               Zachary S. Anstett
                               Marshall A. Gallop, Jr.
                 ETT:          10 days

1:20CV00612      R.R. FREDEKING, II  v. TRIAD AVIATION CORP.,   (Schroeder)
                 ET AL.
                 **JURY: DIVERSITY – BREACH OF CONTRACT**
                 Plaintiff:    Eric R. Schaefer
                 Defendant:    Susan Hofer
                               Kayla McDaniel
                               Mica N. Worthy
                 ETT:          5-6 days

1:20CV00872      BALOGH ASSOCIATES, VII LLC v. DICK'S         (Biggs))
                 SPORTING GOODS, INC.
                 **JURY: NOTICE OF REMOVAL-BREACH OF CONTRACT**
                 Plaintiff:    Michael Montecalvo
                               H. Stephen Robinson
                 Defendant:    Allyson M. McKinstry
                               D. Martin Warf
                               Lorin J. Lapidus
                 ETT:          3-5 days

1:21CV00229     RUSSELL DORVIT v. EAST PENN     (Schroeder)
MANFACTURING COMPANY, INC.
**JURY: FED. QUESTION: EMPLOYMENT
DISCRIMINATION**

| | |
|---|---|
| Plaintiff: | Joshua R. Van Kampen |
| | Noel Harlow |
| | Eric S. Spengler |
| Defendant: | Zachary Green |
| | Christopher Finan |
| | Gary D. Melchionni |
| ETT: | 3 days |

1:21CV00285     AMBER MCNEILL v. NORTH CAROLINA     (Biggs)
DEPARTMENT OF PUBLIC SAFETY
**JURY: JOB DISCRINATION (SEX)**

| | |
|---|---|
| Plaintiff: | Clark D. Tew |
| Defendant: | John L. Milholland, IV |
| ETT: | 8 days |

1:21CV00424     JOHNNIE WEBB, JR. v. DAYMARK     (Schroeder)
RECOVERY SERVICES, INC., ET AL.
**JURY:  FAIR LABOR STANDARDS ACT**

| | |
|---|---|
| Plaintiff: | Charlotte C. Smith |
| | Gilda a. Hernandez |
| Defendant: | David L. Klass |
| | Nicholas Hulse |
| | Jonathan W. Yarbrough |
| ETT: | ? |

1:21CV00585     ADRIAN SWITIZER, ET AL v. TYSON     (Biggs)
FARMS, INC.
**JURY: FED. QUESTION: CIVIL RIGHTS
VIOLATION**

| | |
|---|---|
| Plaintiff: | Herman Stephens |
| Defendant | Kevin J. Dalton |
| ETT: | 3-4 days |