IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
No. 21-CV-229

|  |  |  |
|---|---|---|
| RUSSELL DORVIT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **[PROPOSED] ORDER GRANTING** |
| v. | ) | **MOTION TO CONTINUE** |
| | ) | |
| EAST PENN MANUFACTURING | ) | |
| COMPANY, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter comes before the court on Plaintiff's Unopposed Motion to Continue Scheduled Trial and Pretrial Disclosures ("Motion to Continue") (Doc. 55). Having considered the motion, with no opposition by Defendant, and for good cause shown, the court will grant the motion.

**IT IS THEREFORE ORDERED** that Plaintiff's motion to continue the trial, (Doc. 55), is **GRANTED** and the trial in the above- captioned matter is continued from the January 9, 2023 Civil Master Calendar to the April 3, 2023 Civil Master Calendar. Unless the court orders otherwise, all pretrial deadlines are hereby extended in accordance with the deadlines set for April 3, 2023 Calendar term.

This the ____ day of _____.

Dated:_____        _____
                                                              United States Magistrate Judge